IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ROBERTO RIVERA, M.D.,

      Appellant,

v.

DEPARTMENT OF HEALTH,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED.

CASE NO. 1D14-3878

Opinion filed December 12, 2014.

An appeal from an order of the State of Florida Board of Medicine.
Zachariah P. Zachariah, M.D., Chair.

Roberto Rivera, M.D., pro se, Appellant.

Therese A. Savona, Assistant General Counsel, Florida Department of Health, Tallahassee, for Appellee.

PER CURIAM.

      DISMISSED as moot.

WOLF, THOMAS, and WETHERELL, JJ., CONCUR.